UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **SIMMEON D. WILLIAMS,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **also known as "Sim",** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base Within 1000 Feet of a School) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 3, 2003, within the District of Columbia, **SIMMEON D. WILLIAMS, also known as "Sim"**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about October 3, 2003, within the District of Columbia, **SIMMEON D. WILLIAMS, also known as "Sim"**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Taft Special Education Center and John C. Burroughs Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Possession With Intent to Distribute Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.