UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 05-204 (JR) |
| | : | |
| v. | : | |
| | : | |
| SIMMEON D. WILLIAMS | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## GOVERNMENT'S NOTICE OF DISCOVERY

_____The United States, by its counsel, the United States Attorney for the District of Columbia, respectfully requests that the Court file as part of the record in this case the attached discovery letter sent to defense counsel on June 6, 2005.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

By: _____
        MICHAEL D. BRITTIN
        RACHEL CARLSON LIEBER
        Assistant United States Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that, on the 6th day of June, 2005, a copy of the foregoing Notice of Discovery was served, via hand, upon the following:

James W. Beane, Esq.
2715 M Street, N.W., Suite 250
Washington, D.C. 20007
(Counsel for Simmeon D. Williams)

_____
Rachel Carlson Lieber
Assistant United States Attorney