# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR05-204 | MAGIS. NO: |
| v.<br><br>SIMMEON D. WILLIAMS<br><br>DOB:     PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Simmeon D. Williams | FILED<br><br>MAY 3 1 2005<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE WITHIN 1000 FEET OF A SCHOOL

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); and 21:860(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/26/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>5/26/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  5/31/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  5/31/05 | LINWOOD E BATTLE<br>DUSM | *[signature]* |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |