UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Docket No. CR-05-204 (JR) |
| | : | |
| v. | : | |
| | : | |
| SIMMEON D. WILLIAMS | : | |

GOVERNMENT'S MOTION TO DISMISS SUPERSEDED CASE

The United States of America, by its counsel, the United States Attorney for the District of Columbia, respectfully moves the Court to dismiss this case, which was superseded when a criminal Information was filed and a guilty plea was entered in Docket No. 05-374 (JR). The defendant has since been sentenced, and the government is advised by the Court's Clerk that at sentencing it failed to request dismissal of the earlier superseded case. Counsel for the government apologizes to the Court for that administrative oversight. James W. Beane, Esq., counsel for the defendant. joins in this motion.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2007, a copy of the foregoing pleading was served via first-class mail upon James W. Beane, Esq., 2715 M Street, N.W., Suite 250, Washington, D.C. 20007.

_____
Michael D. Brittin
Assistant United States Attorney