UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Docket No. CR-05-204 (JR) |
| | : | |
| v. | : | |
| | : | |
| SIMMEON D. WILLIAMS | : | |

### ORDER

Upon consideration of the Government's motion to dismiss this case, which was superseded when a criminal Information was filed and a guilty plea was entered in Docket No. 05-374 (JR), which motion is joined by the defendant, and for good cause shown, it is this _____ day of April, 2007, hereby ORDERED that Docket No. CR-05-204 (JR) be dismissed.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Michael D. Brittin
Assistant United States Attorney
555 4th Street, N.W., Room 9405
Washington, D.C. 20530

James W. Beane, Esq.
2715 M Street, N.W., Suite 250
Washington, D.C. 20007