UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA    :    Docket No. CR-05-204 (JR)

:

v.    :

:    **FILED**

:    APR 1 6 2007

SIMMEON D. WILLIAMS    :

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's motion to dismiss this case, which was superseded

when a criminal Information was filed and a guilty plea was entered in Docket No. 05-374 (JR),

which motion is joined by the defendant, and for good cause shown, it is this 13ᵗʰ day of April,

2007, hereby ORDERED that Docket No. CR-05-204 (JR) be dismissed.

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Michael D. Brittin
Assistant United States Attorney
555 4th Street, N.W., Room 9405
Washington, D.C. 20530

James W. Beane, Esq.
2715 M Street, N.W., Suite 250
Washington, D.C. 20007